IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 21-cv-128-wmc

v.

$4,773.00 IN U.S. CURRENCY,

        Defendant.

## DEFAULT JUDGMENT

The defendant and the potential claimants, having failed to appear, plead or otherwise defend in this action, and default having been entered February 4, 2022, and counsel for plaintiff having requested judgment against the defaulted defendant and potential claimants, and having filed a proper motion and declaration in accordance with the Federal Rule of Civil Procedure 55 (a) and (b);

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.    The Default Judgment is hereby entered whereby all right, title, and interest in the defendant $4,773.00 in U.S. currency, is conveyed to the Plaintiff, the United States of America.

2. The $4,773.00 in U.S. currency is to be disposed of according to law.

DATED: March 10, 2022

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 10th day of ~~February~~ March 2021.

PETER OPPENEER, Clerk of Court
United States District Court